# EXHIBIT A

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA          CASE NO.: 50-2022-CP-003622-XXXX-MB

PROBATE DIVISION

IN RE: ESTATE OF RICO
 MARLES,
        Deceased.

_____/

## <u>ORDER APPOINTING PERSONAL REPRESENTATIVE</u>
(intestate – single)

On the Petition of BRENDA MARLES for administration of the above estate ("Estate"), the Court finding that the Decedent died on January 19, 2021, and that BRENDA MARLES is entitled to appointment as personal representative by reason of preference as surviving spouse of the Decedent, and is qualified to be personal representative ("Personal Representative"), it is

ADJUDGED that BRENDA MARLES is appointed Personal Representative of the Decedent's Estate, and that upon taking the prescribed oath, Letters of Administration shall be issued.

This Order is subject to the following restrictions:

1. This Estate must be closed within 12 months, unless it is contested or its closing date is extended by court order; and

2. There shall be no sale, encumbrance, borrowing, or gifting of any assets without a court order.

**DONE AND ORDERED** at Palm Beach County, Florida

502022CP003622XXXXMB   12/14/2022
Laura Johnson   Circuit Judge

This estate shall be closed within __12__ months of this order, pursuant to Florida Probate Rule 5.400.

502022CP003622XXXXMB    12/14/2022
Laura Johnson
Circuit Judge