# EXHIBIT B

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA          CASE NO.: 50-2022-CP-003622-XXXX-MB

PROBATE DIVISION

IN RE: ESTATE OF RICO
MARLES,
    Deceased.
_____/

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

    WHEREAS, RICO MARLES a resident of Palm Beach County, Florida, died on January 19, 2021 ("Decedent"), owning assets in the State of Florida, and

    WHEREAS, BRENDA MARLES has been appointed personal representative ("Personal Representative") of the Decedent's estate ("Decedent's Estate") and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

    NOW, THEREFORE, I, the undersigned circuit judge, declare BRENDA MARLES duly qualified under the laws of the State of Florida to act as Personal Representative of Decedent's Estate, with full power to administer the Estate according to law; to ask, demand, sue for, recover and receive the property of the Decedent; to pay the debts of the Decedent as far as the assets of the Estate will permit and the law directs; and to make distribution of the Estate according to law.

    These Letters of Administration are subject to the following restrictions:

- This Estate must be closed within 12 months, unless its closing date is extended by court order.

- These letters do not authorize entry into any safe deposit box without further court order.

- These letters do not authorize the sale, encumbrance, borrowing, or gifting of any Estate assets without a special court order.

**DONE AND ORDERED** at Palm Beach County, Florida

This estate shall be closed within __12__ months of this order, pursuant to Florida Probate Rule 5.400.

502022CP003622XXXXMB    12/14/2022
Laura Johnson
Circuit Judge

_____

Circuit Judge