# EXHIBIT C



January 31, 2023

Bertling Law
ATTN: Peter Bertling
21 East Canon Perdido St., Suite 204B
Santa Barbara, CA 93101

      RE:    Administrative Tort Claim Brenda Marles for Rico Marles

Dear Attorney Bertling:

The U.S. Department of Veterans Affairs (VA) received your tort claim on November 16, 2022. We are sending this letter after being notified that you did not receive our original acknowledgment letter, dated December 27, 2022.

Your claim was filed pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b) and 2671-2680. The FTCA provides monetary compensation when a government employee, acting within the scope of employment, injures another by a negligent or wrongful act or omission. From the date VA received your claim, you are required to allow VA at least six months to consider your claim. After VA has had your claim for at least six months, you may file suit in federal district court.

A combination of federal and state laws govern FTCA claims. Some state laws may limit or bar a claim or lawsuit, and other state laws may govern the actions of independent contractors (i.e., non-VA providers).

The FTCA does not govern the acts of independent contractors. If a specific provider named in your claim is an independent contractor, VA will notify you. If you are so notified and do not have legal representation, you are encouraged to seek legal advice regarding your rights to pursue a claim or lawsuit against the independent contractor, directly. Obtaining legal advice can be beneficial because the timing for filing a claim against an independent contractor is governed by the statute of limitations in the state or territory where your claim arose.

Attorney Lisa Clark has been assigned to research your claim. If you are not contacted after six (6) months from the date of this letter, you may want to contact her at lisa.clark4@va.gov. Please note, VA staff handling FTCA claims work for the federal government and cannot provide you with legal advice or representation.

Sincerely,

*Denise Townsend*

Denise Townsend
Legal Assistant