UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:23-cv-80911-CANNON

ESTATE OF RICO MARLES, by and
through Brenda Leigh Marles; BRENDA
LEIGH MARLES, individually,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## JOINT STATEMENT OF UNDISPUTED FACTS

The Parties, in compliance with the Court's Order Setting Pre-Trial Deadlines, and Referring Certain Matters to Magistrate Judge [D.E 21], hereby file this Joint Statement of Undisputed Facts. On July 24, 2024, Defendant circulated to Plaintiff a copy of its proposed Statement of Material Facts in support of its Motion for Summary Judgment with facts numbered 1 through 74, and requested Plaintiff advise which facts she does not dispute. Below are the facts which Plaintiff does not dispute. The undisputed facts are re-numbered as 1-29. The disputed facts are in Defendant's Statement of Material Facts filed contemporaneously as D.E. 54.

    1.    On January 18, 2024, the walk-in mental health clinic in Unit 1C ("MHC") was closed due to the federal holiday. D.E. 50-1, Decl. of Risk Manager ¶ 17.

    2.    At triage, any person complaining of COVID-like symptoms or had contact with someone with COVID-19 would be brought straight to a room that had isolation. D.E. 49-4, Rivera Dep. 115:19-116:24.

3.     Rico Marles received primary care and prescription medications outside WPB VAMC.  D.E. 49-1, Pandit Dep. 31:13-32:13; 73:10-74:1. D.E. 50-1, Decl. of Risk Manager ¶ 27, 29.

4.     Rico Marles had previous visits to WPB VAMC ED, specifically in February 2017, August 2019, and September 2019.  D.E. 50-2, USA Production_003401. D.E. 50-1, Decl. of Risk Manager ¶ 28.

5.     Brenda Marles recalled that Rico Marles told her he was going to WPB VAMC because he was having body aches" "feeling achy" and he was concerned he had COVID-19, and that she encouraged him to go get tested because "if you have COVID, I have COVID, so I was like absolutely, go to the VA, let them test you." D.E. 49-7, Pl. Dep. 278:22-279:5; 283:25-284:4; 284:21-285:4.

6.     At approximately 12:10 p.m., Rico Marles is evaluated by RN Juanita Fairweather. D.E. 50-2, USA Production_00456; D.E. 49-3, Fairweather Dep. 53:24-54:8.

7.     In the Nursing ER Assessment note, RN Fairweather noted he was there with

> Multiple complaints. States chest pain, lightheaded, feels dehydrated, unable to sleep and having crazy dreams x 2-3 days. He is unsure if he had a fever, denies chills, cough, shortness of breath. He is masked and denies covid exposure or sick contact. Awaits Md assessment. Placed on cardiac monitor. Urine specimen collected.

D.E. 49-3, USA Production 456.

8.     Also in the ED Triage note are the results of the Columbia screen. Rico Marles answered "no" to the questions of the Columbia screen, resulting in a "negative" screen result. D.E. 50-2, USA Production_00458.

9.     RN Fairweather recalled Rico Marles being very cooperative based on her notes. D.E. 49-3, Fairweather Dep. 126:2-5.

10. Dr. Pandit used quotes in her note to designate what the patient told her. D.E. 49-1, Pandit Dep. 64:23-65:2.

11. Dr. Pandit recalled checking Rico Marles's chart and that he had no ED or primary care visit in the last month or two before that day. D.E. 49-1, Pandit Dep. 69:18-70:8.

12. Dr. Pandit ordered extensive bloodwork and other tests (such as a chest x-ray, COVID-19 PCR test) to rule out an emergent medical issue, like heart attack, pulmonary embolism, and similar. D.E. 50-2, USA Production_00626-00628. Dr. Pandit also ordered a PCR test for COVID-19. D.E. 50-2, USA Production_00626.

13. Dr. Pandit did not order a mental health consult for a psychiatrist to come to the ED to evaluate Rico Marles.

14. At the end of the visit, Dr. Pandit added to the SBAR portion of her H&P note that

> Pt now states he has been under a lot of stress lately trying to start his business. Though he denies having any risks for STD, he is now focused on that and he will f/u w/ PCP re: this matter.
> "I think the anxiety is causing me to have night sweats and I can't sleep."
> Pt was informed about 1C walk in MHC as well.
> All results reviewed w/ him. PCP appt was requested. Pt advised to rtn if increased sx

D.E. 50-2, USA Production_00462; *See* D.E. 49-1, Pandit Dep. 33:10-23.

15. At 3:19 p.m. Rico Marles texted Brenda Marles that he was "[a]t the VA [g]etting a primary care doctor." D.E. 50-10, Marles-BLM 001973.

16. At 6:18 p.m., Rico Marles texted his mother Vicky Marles that he "[w]ent to the VA and got help" V. Marles Texts_075. When asked what the VA did, Rico Marles responded "[a]ll of the test and stuff. I got covid symptoms. I need some sleep. I'll ttys and let you know if I got it." D.E. 50-11, V. Marles Texts_076.

17. Brenda Marles did not know Rico Marles was going to return to WPB VAMC before he went, but recalled that Rico Marles was "aching still and stuff like that,…" D.E. 49-7, Pl. Dep. 311:22-312:1.

18. At approximately 12:00 a.m. (i.e. January 18, 2021), Rico Marles is evaluated by RN Juan Rivera. D.E. 50-2, USA Production_00450.

19. In the ED triage note, RN Rivera described Rico Marles as complaining of

> worsening chills and mild sore throat. Denies shortness of breath or other symptoms. Informs "might be some anxiety" Denies suicidal or homicidal ideas.

D.E. 50-2, USA Production_00450.

20. In the ED triage note, Rico Marles has a negative Columbia screen. D.E. 50-2, USA Production_00451-00452. D.E. 49-4, Rivera Dep. 139:13-140:22.

21. In the Nursing ER Assessment note, RN Rivera noted:

> 0000 29 y/o male c/o worsening chills and mild sore throat. Also informs that might be 'anxiety due to all this COVID issue' Alert x 3, in no distress. Taken stat to iso room 3 with door closed. Staff wearing strict ppe.

D.E. 50-2, USA Production_00450. RN Rivera explained that he asked him about the anxiety again to double-check and clarify his prior mention of anxiety. D.E. 49-4, Rivera Dep. 131:3-9.

22. Dr. Timothy Huber was the emergency department physician who evaluated Rico Marles. In his H&P note where he recorded his examination findings, he noted Rico Marles's chief complaints were

> chills, body aches. 29 year old otherwise healthy male comes to Er complaining generalized bodyaches, arthralgias (hip, knee, back)as well as anxiety. Patient states symptoms began approx 3 days prior and was seen in ED for similar without concerning findings.

D.E. 50-2, USA Production_00445.

4

23. Dr. Huber noted a negative COVID-19 test 2 days prior, a clear chest x-ray and negative labs and influenza.  D.E. 50-2, USA Production_00447.  The plan was to "treat empirically" and recommended follow up was for "primary care in 1 week as needed." D.E. 50-2, USA Production_00447.

24. Dr. Huber concluded:

> Patient with extensive work-up 2 days prior without significant findings. He returns with normal vital signs and clear lungs. No new complaints or concerns warranting repeat testing. Patient admits he may be anxious regarding Covid 19 and would like medication for sleep/anxiety. Appears well and non-toxic and in no distress.

D.E. 50-2, USA Production_447.

25. Dr. Huber explained in his role as an ER physician and only doing a focused exam, that he does not prescribe anything for a long period of time, and that most people have to refer to primary care for any prescription longer than a couple of days.  D.E. 49-2, Huber Dep. 63:20-64:3.

26. Dr. Huber's final diagnosis was "viral syndrome, anxiety reaction." D.E. 50-2, USA Production_447.

27. Dr. Huber explained "anxiety reaction" means "they don't suffer from anxiety, but they're having an anxiety reaction, a brief, short-lived anxiety -- I won't say attack, I guess -- due to some other circumstance, a stressor."  D.E. 49-2, Huber Dep. 58:14-17.

28. The autopsy toxicology report was negative for benzodiazepine. D.E. 50-12, Marles_Subpoena_PBCME_000012.

29. At the institutional disclosure meeting of October 19, 2021, Dr. Eknath Naik, Chief of ED, expressed the providers' treatment met standard of care for Rico Marles.  D.E. 49-6, Naik Dep. 119:25-120:15.

| | |
|---|---|
| By: /s/ *Peter G. Bertling (with permission)*<br>Peter G. Bertling<br>CA Bar No. 131602<br>BERTLING LAW GROUP<br>21 East Canon Perdido Street<br>Suite 204B<br>Santa Barbara, CA 93101<br>(805) 452-8305 Telephone<br>(805) 869-1597 Facsimile<br>peter@bertlinglawgroup.com<br><br>*Admitted Pro Hac Vice*<br><br>Katherine S. Bender, Esq.<br>FL Bar No.: 0123334<br>BENDER & ROBB, PLLC<br>9100 S. Dadeland Boulevard<br>Suite 1500<br>Miami, FL 33156<br>(305) 701-4270 Telephone<br>(786) 431-2597 Facsimile<br>kat@benderrobb.com<br><br>*Attorneys for Plaintiff* | **MARKENZY LAPOINTE**<br>**UNITED STATES ATTORNEY**<br><br>By:     *Monica L. Haddad*<br>MONICA L. HADDAD<br>Assistant U.S. Attorney<br>Florida Bar No. 99426<br>Email: Monica.Haddad@usdoj.gov<br>U.S. Attorney's Office<br>Southern District of Florida<br>500 S. Australian Avenue, Suite 400<br>West Palm Beach, Florida 33401<br>Telephone: (561) 209-1004<br>Facsimile: (561) 820-8777<br><br>MARY BETH RICKE<br>Assistant U.S. Attorney<br>Florida Bar No. 107213<br>Email: Mary.Ricke@usdoj.gov<br>U.S. Attorney's Office<br>Southern District of Florida<br>500 E. Broward Boulevard. Suite 700<br>Ft. Lauderdale, Florida 33394<br>Telephone: (954) 660-5137<br>Facsimile: (954) 356-7336<br><br>*Attorneys for Defendant, United States of America* |