UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-80911-CIV-CANNON

**BRENDA LEIGH MARLES,**
as Personal Representative of the
Estate of **RICO MARLES, Deceased,**

    Plaintiff,

v.

**UNITED STATES OF AMERICA,**

    Defendant.
_____/

EXHIBIT A

PLAINTIFF'S OBJECTIONS TO THE DEPOSITION TESTIMONY OF
VICKIE MARLES

___

OBJECTION KEY

R:    Relevance
H:    Hearsay
HH:    Double Hearsay
F:    Foundation
S:    Speculation
LPK:    Lacks Personal Knowledge
AMB:  Ambiguous

Defendant's counsel has not identified with specificity the page and line of Vicki Marles" testimony they intend to introduce at trial. Instead, they have consistently stated they intend to introduce the entire direct examination conducted by AUSA Monica Haddad and found at pages 4-57 of the deposition.

| PAGE/LINE | PLAINTIFFS' OBJECTIONS |
|---|---|
| 6:16-7:11 | R |
| 10:20-23 | R, F, S, LPK |
| 11:11-12:9 | R, F, S, LPK, H |
| 13:12-14:19 | F, LPK, AMB regarding time |

| | |
|---|---|
| 14:21-24 | F, LPK, AMB regarding time |
| 14:25-16:7 | H, HH, F, LPK, S |
| 16:9-17:25 | H |
| 18:1-20:11 | H, F, S, LPK, AMB regarding time, R |
| 20:12-22:22 | H, F, S, LPK, AMB regarding time, portions of the testimony call for an expert opinion the witness is not qualified to express39: |
| 23:5-25: | H, F, S, LPK |
| 24:21-25:1 | F, S, LPK, H |
| 25:3-26:7 | H, F, S, LPK AMB regarding time |
| 26:8-30:13 | H, F, S, LPN, AMB regarding time |
| 32:10-15 | H, R |
| 32:18-33:20 | H, F, S, LPK35:4- |
| 35:4-37:22 | H, F, S, LPK AMB regarding time |
| 37:23-38:25 | H, S, LPK |
| 39:1-9 | H, S, LPK, AMB |
| 39:9-40:22 | AMB, H, S LPK |
| 40:23-44:22 | H, HH, S, LPK |
| 46:1-48:9 | H, HH, S, LPK |
| 48:22-50:17 | H, HH, F, S, AMB regarding time |
| 50:24-53:17 | H, R |
| 53:18-55:10 | H, S, R:  Plaintiff will not be claiming damages for funeral expenses |
| 55:11-20 | R |
| 55:12-56:3 | R, H, F, S, LPK |
| 56:4-56:24 | R |
| 56:24-57:14 | F, S, LPK, |
| | |