UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:23-cv-80911-CANNON

BRENDA LEIGH MARLES, as personal
Representative for the Estate of Rico
Marles

   Plaintiff,

v.

UNITED STATES OF AMERICA,

   Defendant.
_____/

### Notice Regarding Plaintiff's Objections to the Video Deposition Testimony of Vickie Marles and Counter Designations

Plaintiff, by and through her counsel of record, submits the following revised objections to the video deposition testimony of Vickie Marles after conferring with Defendant's counsel as required by the Court's November 26, 2025, Order Following Calendar Call (D.E. 135).

| | |
|---|---|
| 11:19-23 | H, R, FRE 602 |
| 11:24-12:5 | H, FRE 602 |
| 13:12-16 | FRE 602 |
| 13:25-14:19 | FRE 602 |
| 14:21-24 | FRE 602 |
| 14:25-15:12 | H |
| 15:14-16 | H, HH |
| 16:9-11 | H, FRE 602 |
| 16:12-14 | H, FRE 602 |
| 16:24-17:7 | H, FRE 602 |
| 17:22-24 | H, FRE 602 |
| 18:9-14 | H, R |
| 18:15-25 | H, R |
| 19:4-12 | H, FRE 602 |
| 19:22-20:11 | H, FRE 602 |
| 20:12-22 | FRE 602, Improper Lay Opinion |

| | |
|---|---|
| 20:24-21:2 | H |
| 21:3-11 | H |
| 21:20-25 | FRE 602 |
| 22:2-6 | H |
| 22:7-13 | H, FRE 602 |
| 22:14-16 | FRE 602 |
| 22:17-19 | FRE 602 |
| 22:20-22 | FRE 602 |
| 23:5-8 | H, FRE 602 |
| 22:9-12 | H, FRE 602 |
| 22:13-15 | H, FRE 602 |
| 22:16-18 | H, FRE 602 |
| 22:19-22 | H, FRE 602 |
| 23:13-15 | H, FRE 602 |
| 23:9-15 | H, FRE 602 |
| 23:16-18 | H, FRE 602 |
| 23:19-22 | H, FRE 602 |
| 23:23-25 | H, FRE 602 |
| 26:8-27:1 | H, FRE 602 |
| 27:3-8 | H, FRE 602 |
| 27:17-19 | H, FRE 602 |
| 27:22-28:1 | H |
| 28:2-8 | H |
| 28:25-29:3 | H, FRE 602 |
| 29:4-10 | H, FRE 602 |
| 29:15-22 | H, FRE 602 |
| 29:23-30:4 | H, FRE 602 |
| 30:18-24 | H, FRE 602 |
| 32:21-33:5 | H, FRE 602 |
| 35:4-9 | FRE 602 |
| 35:24-36-6 | H, FRE 602 |
| 36:12-23 | H, FRE 602 |
| 35:25-37:12 | H |
| 37:13-22 | H, FRE 602 |
| 38:2-17 | H, FRE 602 |
| 38:19-25 | H, FRE 602 |
| 40:23-41:11 | H, FRE 602 |
| 41:12-17 | H |
| 42:12-14 | H |
| 42:22-43:3 | H |
| 43:8-22 | H, HH, FRE 602 |
| 43:23-44:22 | H, HH, FRE 602 |

| | |
|---|---|
| 45:24-46:12 | H, HH |
| 47:14-48:9 | H, HH, FRE 602 |
| 48:22-50:11 | H, HH |
| 50:13-17 | FRE 602 |
| 51:4-11 | H |
| 51:12-17 | H |
| 52:6-14 | H |
| 53:23-54:1 | H, R |
| 54:2-8 | H, FRE 602, R |
| 54:9-13 | R |
| 54:25-55:10 | H, R |
| 55:11-20 | R |
| 55:21-56:3 | R |
| 56:4-9 | R |
| 56:12-21 | R |
| 56:25—57:5 | FRE 602 |
| 57:6-14 | H, FRE 602 |

Plaintiff submits the following counter deposition designations from the video deposition testimony of Vickie Marles:

57:23-58:13
59:13-17
65:12-66:19
67:18-68:16
79:7-86:25
88:8-89-7
89:25-91:2
98:25-101:24

Respectfully submitted on November 30, 2025.

BERTLING LAW GROUP
*By: /s/ Peter G. Bertling*
Peter G. Bertling (CA Bar No. 131602)
21 East Canon Perdido St., Suite 204B
Santa Barbara, CA 93101
Telephone: (805) 879-7558
Email: peter@bertlinglawgroup.com
Attorney for Plaintiff

KATHERINE S. BENDER
*By: /s/ Katherine S. Bender*
Katherine S. Bender, Esq.
FL Bar No. 0123334
9100 S. Dadeland Boulevard, Suite 1500
Miami, FL 33156
Telephone: (305) 701-4270
Facsimile: (786) 431-2597
Email: kat@benderrobb.com
Attorney for Plaintiff

Case 9:23-cv-80911-AMC   Document 136   Entered on FLSD Docket 11/30/2025   Page 5 of 5